# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1106
Lower Tribunal No. 19-15613-CC
_____

**Nelson Valdes, et al.,**
Appellants,

vs.

**Zodiac Capital, LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Birnbaum, Lippman & Gregoire, PLLC and Nancy W. Gregoire Stamper (Ft. Lauderdale); Cardet Law, P.A., and Alberto M. Cardet, for appellants.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellee.


Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.